IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PEACE ELLUVASUNALLAH CUSH-EL, )
)
        Plaintiff, )
)
v. ) 1:14cv219
)
STATE OF NORTH CAROLINA AND, )
WAYNE MICHAEL, et al., )
)
        Defendant. )

**ORDER**

The Text Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 22, 2014, was served on the parties in this action. Plaintiff objected to the Magistrate Judge's Recommendation within the time prescribed by section 636. (Doc. 8.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's filing (Doc. 5), construed as a motion under Federal Rule of Civil Procedure 60(b), be DENIED.

                                  /s/   Thomas D. Schroeder
                               United States District Judge
September 9, 2014